UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | |
| | : | |
| Plaintiff | : | |
| v. | : | Criminal No. |
| | : | |
| **FABIO ENRIQUE GRACIA-MONTES** | : | VIOLATION: 21 U.S.C. § 959 |
| | : | 21 U.S.C. §960 |
| Defendant | : | (Distribute five kilograms or more of cocaine intending and knowing such cocaine would be imported into the United States) |

# I N F O R M A T I O N

The United States charges that:

## COUNT ONE

On or about June 13, 2003, in Venezuela, Colombia and elsewhere, the defendants,

**FABIO ENRIQUE GRACIA-MONTES,** did unlawfully, knowingly, and intentionally distribute and cause the distribution of five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending and knowing that such substance would be unlawfully imported into the United States,

(**Distribute Five Kilograms or More of Cocaine Intending and Knowing that the Cocaine Will Be Unlawfully Imported Into the United States**, in violation of Title 21, United States Code, Sections 959 and **Aiding and Abetting**, in violation of Title 18, United States Code, Section 2)

                                                                                KEN BLANCO, Chief
                                                                                Narcotic and Dangerous Drug Section
                                                                                 U.S. Department of Justice

BY: _____
            PATRICK H. HEARN
            Trial Attorney
            Narcotic and Dangerous Drug Section
            U.S. Department of Justice