AO 455 (Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

DISTRICT OF Columbia

**FILED**
OCT 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Fabio Enrique Gracia-Montes

## WAIVER OF INDICTMENT

CASE NUMBER: 07-267

I, Fabio Enrique Gracia-Montes, the above named defendant, who is accused of Distribute Five Kilograms or more of Cocaine intending and knowing such cocaine would be imported into the United States

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on October 11, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Defendant_

_Counsel for Defendant_

Before _Rosemary M. Collyer_
_Judicial Officer_

11 October 2007