SEALED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. Case No.: 07-267 (RMC) |
| v. | |
| FABIO ENRIQUE GRACIA-MONTES | Sealed Proceeding |

FILED
OCT 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record, please enter the appearance of Manuel J. Retureta, Esq. of Retureta & Wassem, PLLC as counsel of record for Fabio Enrique Garcia-Montes in the above captioned case.

Respectfully submitted,

**RETURETA & WASSEM, PLLC**

By: ___/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar # 430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C. 20004
(202) 220-3073   Office
(202) 220-3130   Fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Appearance was served upon all parties via the Court's ECF system on this 12th day of October 2007.

___/s/_____
Manuel J. Retureta, Esq.